

# NUMBER 13-21-00121-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE CITY OF HOUSTON,
SYLVESTER TURNER, MAYOR,
AND CAROL HADDOCK,
DIRECTOR OF PUBLIC WORKS,                                      Appellants,

v.

MYRIAD APARTMENT ASSOCIATES
D/B/A MYRIAD APARTMENTS,                                      Appellee.

On appeal from the 80th District Court
of Harris County, Texas.

# MEMORANDUM OPINION

Before Justices Hinojosa, Tijerina, and Silva
Memorandum Opinion by Justice Silva

This matter is before the Court on appellants' unopposed motion for voluntary dismissal of appeal.[1] This matter was abated on November 22, 2021, to allow the parties the opportunity to engage in ongoing settlement negations. Appellants now desire to dismiss this appeal because the parties have settled this case, and nothing remains for this Court to decide.

The Court, having considered appellants' motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, appellants' unopposed motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellants' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
27th day of January, 2022.

---

[1] This case is before the Court on transfer from the First Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.